# Court of Appeals
# of the State of Georgia

ATLANTA,  November 07, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0029.  SELITA BOYD et al. v. GB RESTORATION SERVICES, LLC, d/b/a SERVPRO OF STONE MOUNTAIN/CLARKSTON.**

Upon consideration of the petitioner's EMERGENCY MOTION for an extension of time to file a discretionary application from the trial court's October 9, 2023 final judgment, it is ordered that the same be GRANTED to the extent that the petitioner shall have until DECEMBER 8, 2023, to file a discretionary application. See Court of Appeals Rule 16 (c) (providing that "[o]nly one extension of time [to file a discretionary application] will be granted, and the extension will not exceed the time otherwise allowed for the filing of an application [i.e., 30 days].").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/07/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*